

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA (HARRISONBURG)

**IN RE**:   William K Hudnall           )
           Patricia P Hudnall           )
           85 Mineral Springs Drive     )
           Front Royal, VA  22630       )   **CHAPTER 13**
                                        )   **CASE NO**. **10-50879**

## WITHDRAWAL OF PROOF OF CLAIM FOR INTERNAL REVENUE SERVICE

The Internal Revenue Service filed a proof of claim on/or about 8/11//2010, in the amount of $9656.00 (Claim No. 24).  This is to advise you we wish to withdraw Claim No. 24.

                                            _/s/ *Cynthia M. Hubbard*
                                            Cynthia M. Hubbard 0341487
                                            Bankruptcy Specialist
                                            Insolvency Group 5

Dated at Richmond, Virginia,
this 24th day of August, 2010